**[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 533.]**

THE STATE OF OHIO, APPELLEE *v*. PEARCE, APPELLANT.

**[Cite as State v. Pearce, 1996-Ohio-22.]**

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel—Application denied when applicant fails to allege or demonstrate any specific deficiencies in the performance of appellate counsel.*

(No. 95-1583—Submitted December 5, 1995—Decided February 14, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 92AP-1761.

———————————

{¶ 1} Appellant, James R. Pearce, was convicted of kidnapping, gross sexual imposition and attempted gross sexual imposition, and sentenced to terms of imprisonment. The court of appeals affirmed the convictions and sentence. *State v. Pearce* (May 6, 1993), Franklin App. No. 92AP-1761, unreported, 1993 WL 150501, appeal dismissed, 67 Ohio St.3d 1479, 620 N.E.2d 852.

{¶ 2} Subsequently, appellant filed an application for delayed reconsideration pursuant to App.R. 26 and 14(B). The court of appeals denied the application, finding that appellant failed "to allege or demonstrate any specific deficiencies in the performance of appellate counsel." Appellant appeals that denial to this court.

———————————

*James R. Pearce, pro se.*

———————————

***Per Curiam.***

{¶ 3} We affirm the decision of the court of appeals for the reason stated in its memorandum decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

_____